Quincy Jackson
# A71-756-802,
Bristol County house
of correction 400
Faunce Corner Road
North dartmouth ma, 02747
07-02-04

FILED
IN CLERKS OFFICE
2004 JUL -6 P 4:07
U.S. DISTRICT COURT
DISTRICT OF MASS

## Certificate of Service

I, Quincy Jackson, A71-756-802 Solemly swear that I have sent a copy of the foregoing (i) petition for a writ of habeas corpus, pursuant to 28 U.S.C § 2241, (ii) motion for appointment of counsel, and (iii) Declaration under pains and penalties of perjury in Support of motion to proceed in forma pauperis through regular first class mail on 6-25-04 to:

① John D. Ashcroft
united States attorney general
united States department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530.

② James Ziglar
ICE Commissioner
425 I Street, NW
Washington, DC, 20536

③ Steven Farquharson,
Boston ICE District Director,
J.F.K Building, Govt. Center,
15 New Sudbury Street,
Boston, MA, 02203.