## Trust Account Withdrawal Authorization

FILED
JUL -9 P 12:15
U.S. DISTRICT COURT
DISTRICT OF MASS

I, Quincy Jackson, A71-756-802, request and authorize bristol county house of Correction to prepare for the clerk of the united state district court, in boston, a Certified Copy of the statement for the past six months of my Commissary account activity at the institution.

I further request and authorize bristol county house of Correction to calculate and disburse funds from my commissary account pursuant to any future orders issued by the court relaing to this civil matters pursuant to the prison litigation reform act ("PLRA") of 1995, Pub. L. No. 104-134, title VIII, §§ 801-10, 110 Stat. 1321 (1996)

This authorization is ~~across~~ furnished in connection with civil action filed in united states district court in boston, and I understand that, pursuant to 28 U.S.C § 1914 and § 1915 (b)(1), the total amount of filing fees for which I am obligated is $500. I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred to:

(please turn over)

## PRISON Certificate:

I certify that the applicant, Quincy Jackson, A71-756-St2 has the sum of $ _____ in his account at Bristol County House of Correction in north dartmouth, Massachusetts. I further certify that the applicant has no securities to his credit according to the records of the aforementioned institution. I further certify that during the past six months Jackson's average commissory balance was $ _____ and the average monthly deposits to the applicants account was $ _____ as of _____

              Date

_____
Signature of Authorized Officer

_____
Officer's Full Name

_____
Officer's Title / Rank