UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINCY JACKSON, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. |
| v.  ) | 04cv11472-RWZ |
| ) | |
| THOMAS HODGSON, ) | |
| ) | |
| Respondent ) | |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:   s/Frank Crowley
                      FRANK CROWLEY
                      Special Assistant U.S. Attorney
                      Department of Homeland Security
                      P.O. Box 8728
                      J.F.K. Station
                      Boston, MA 02114
                      (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on July 21, 2004.

>s/Frank Crowley
>FRANK CROWLEY
>Special Assistant U.S. Attorney
>Department of Homeland Security
>P.O. Box 8728
>J.F.K. Station
>Boston, MA 02114