

U.S. Department of Homeland Security
Immigration & Customs Enforcement
Detention & Removal Operations
New England Field Division

JFK Federal Building
Government Center
Boston, MA 02203
July 16, 2004

JACKSON, Quincy A71756802
C/O BRISTOL COUNTY HofC

## Release Notification

Upon review of your case, Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not effect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, a ICE officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations who may be willing to assist you upon release.

It is particularly important that you keep the ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to the ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

Bruce E. Chadbourne, Field Office Director       Date  7/16/04

Jul-19-04   11:21am   From-fbi prints                                        07/21/2004   T-689   P.003/006   F-583
Case 1:04-cv-11472-NG   Document 7-2   Filed 07/21/2004   Page 2 of 2
                                                                       T-667   P.003/006   F-555

Decision of Post Order Custody Review - Release
Page 2
JACKSON, Quincy A71756802

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __Scott M. Thomas__, __I.E.A.__
       Name of ICE Officer            Title

certify that I served __JACKSON, Quincy__ with a copy of
                        Name of detainee

this document at __Suffolk Cty HOC__ on __7/16/04__, at __1335__.
                    Institution              Date           Time

(b) I certify that I served the custodian __Scott M. Thomas__,
                                              Name of Official

__I.E.A.__, at __Suffolk Cty HOC__, on
   Title        Institution

__7/16/04__ with a copy of this document.
  Date

OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
       Name of ICE Officer              Title

that I served _____ and the custodian _____
                Name of detainee                              Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                       Institution                Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

(Page 2 of 2)                                                              (10/02)