# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__JACKSON__
    **Plaintiff**

**V.**

__HODGSON__
    **Defendants**

**CIVIL ACTION**

**NO.  __04cv11472NG__**

## ORDER OF DISMISSAL

__GERTNER,    D. J.__

In accordance with the Court's allowance of the Defendants' motion to Dismiss on __August 25, 2004__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__8/26/2004__             __/s/ Jennifer Filo__
**Date**                 **Deputy Clerk**

**(odismendo.wpd - 12/98)** **[odism.]**

**(odismendo.wpd - 12/98)** **[odism.]**